# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge     Court appearing by video conference
Criminal No. 1:24-cr-00069-RGE-WPK-1    :    Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Trevor John Collison

---

Gov. Atty(s): Shelly M. Sudmann     : ☑ Indictment   ☐ Superseding Indictment   ☐ Information
Def. Atty(s): Michael F. Maloney     : ☐ Complaint   ☐ Warrant   ☐ Summons
Def. Appears: ☑ In Person   ☐ Video Conference : Code Violation/Offense:
     ☐ All Parties Consent to Video Proceeding : 18:2251(a) and 2251(e). Sexual Exploitation and Attempted
Court Reporter: FTR Gold     : Sexual Exploitation of a Child (1-5) 18:2252A(a)(5)(B)
Interpreter: N/A     : and 2252A(b)(2). Possession of Child Pornography (6)
     ☐ Interpreter Sworn

Date: 6/5/2025
Initial Appearance Start Time: 1:14 pm     Arraignment Start Time:     End Time: 1:27 pm

## Initial Appearance

☑ Advised of Rights     : ☑ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights     : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☑ Retained Counsel
☑ Rule 5 Admonition Given     :

## Arraignment

Trial Scheduled for:     : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due:     : ☐ Indicted in True Name
Reciprocal Discovery due:     :    True Name:
Pretrial Motions due:     : ☐ Reading of Indictment Waived
Plea Notification Deadline:     :    Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline:     : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): ☐ Defendant advised that failure to enter a plea by deadline
    :    may negatively impact consideration and finding regarding
       reduction in offense level based upon Acceptance of
       Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention     :
☐ Defendant Waived Preliminary Examination     : Detention Hearing Set:
☐ Defendant Waived Detention Hearing     : Before:
Court Ordered Defendant:     : Courthouse:     Room:
☐ Released on Bond     : Revocation Hearing Set:
☑ Detained     : Before:
    : Courthouse:     Room:

---

Defense attorney advises the Court that defendant has hired Matthew Knipe from Liberty Law Group to represent him. Defendant wanted to have these hearings with his retained counsel. Government moves to go forward with the hearings. The Court went forward with the Initial Appearance and had the gov't advise defendant of the charges and penalties. The Court gives retained counsel until 6/10/2025, to file an appearance. The Court finds that today's hearing was conducted by reliable electronic means.

                                                                          /s/ V. Rule
                                                                          Deputy Clerk