IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00069-RGE-WPK |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR TEMPORARY RELEASE** |
| TREVOR COLLISON, | |
| Defendant. | |

COMES NOW, Defendant, by and through undersigned counsel, and moves this Court to for an order authorizing temporary release. In support of this motion, counsel states:

1. On or about June 20, 2025, this Honorable Court held a detention hearing pursuant to 18 U.S.C. 3142(f)(1) wherein this Court found that the Defendant should be detained pending trial. *See* Doc. 24.

2. On July 21, 2025, Defendant's father, Tim Collison, collapsed unexpectedly resulting in an emergency hospitalization.

3. From July 21-23, Defendant's father has been transferred to multiple hospitals as a result of the need for increasing levels of care.

4. On July 23, 2025, Defendant's family was informed that Defendant's father was suffering from severe heart failure to the right side of the heart. He had stopped breathing and was resuscitated at least one time.

5. Defendant's father is currently sedated and on a ventilator. He is not responsive to pain stimuli.

6. Defendant's father's prognosis is poor.

7. Defendant requests that this Honorable Court authorize temporary release from custody under the supervision of close friend, Dana Johnson, and his mother, Kimberly Collison, for the purpose of visiting his father in the hospital.

8. Ms. Johnson has agreed to take responsibility for the Defendant and provide transportation to/from the hospital and comply with any other orders of this Court related to the Defendant's release including return of the Defendant to custody as ordered by the Court.

9. Undersigned counsel has conferred with the United States Attorney's Office and notes the Government **objects** to this request.

10. Undersigned counsel requests this matter be scheduled for telephonic hearing as soon as practicable.

WHEREFORE, Defendant requests an order from this Honorable Court authorizing temporary release from custody; along with such other and further relief as this Court deems just and proper in the premise.

Respectfully submitted,
Trevor Collison, Defendant

/s/ Matthew Knipe
Matthew Knipe (AT0013082)
Liberty Law Group, LLC
13321 California St., Ste. 300
Omaha, NE  68154
(402) 865-0501
matt@libertylawgroup.com
Lawyer for Defendant

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that he caused a true and correct copy of the above and foregoing to be served upon the Plaintiff herein by electronic service via CM/ECF to the United States Attorney's Office for the Southern District of Iowa on July 24, 2025.

        <u>/s/Matthew Knipe</u>
        Matthew Knipe (AT0013082)