IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR JOHN COLLISON,<br><br>Defendant. | No. 1:24-cr-00069-RGE-WPK<br><br>CRIMINAL TRIAL SETTING ORDER |

In preparation for trial, the Court states the following:

1. <u>Trial Schedule</u>: Trial will commence on Monday, November 17, 2025, at 9:00 a.m. at the United States Courthouse in Council Bluffs, Iowa. Trial will maintain the following schedule: Monday, November 17, 2025; Tuesday, November 18, 2025; Thursday, November 19, 2025; and Friday, November 20, 2025. The Court may adjust the schedule as necessary. Counsel and Defendant shall appear at 8:30 a.m. each morning of trial to discuss matters likely to arise that day.

2. <u>Final Pretrial Conference</u>: A final pretrial conference before the trial judge will be held on November 13, 2025, at 11:30 a.m. Counsel and Defendant must appear in person in the United States Courthouse in Council Bluffs, Iowa. The Court will preside from the United States Courthouse in Des Moines, Iowa All trial-related motions on file will be addressed at this hearing.

3. <u>Submissions to the Court</u>:

    *a.    Motions in Limine:* Defendant's motions in limine, including motions challenging the admission of any audio and/or videotape, must be filed on CM/ECF no later than two weeks before trial. The Government has already submitted motions in limine. Should the Government wish to supplement its motions, it must file any supplement on

CM/ECF no later than two weeks before trial. Upon filing, the custodian of any evidence being challenged shall immediately deliver a copy of the contested evidence to the trial judge's chambers in Des Moines, Iowa, for review. Resistances shall be filed within five days after the filing of motions.

      b.    *Trial Briefs:* Defendant's trial brief shall be filed on CM/ECF no later than two weeks before trial. The Government has already submitted a trial brief. Should the Government wish to supplement its brief, it must file any supplement on CM/ECF no later than two weeks before trial. Trial briefs shall contain a brief recitation of the facts of the case and notify the Court of all novel, unusual, or complex legal, factual, or procedural issues reasonably anticipated to arise at trial.

      c.    *Witness List:* Defendant's witness list shall be filed on CM/ECF and submitted in Word format to the trial judge's judicial assistant and courtroom deputy no later than two weeks before trial. The Government has already submitted a witness list. Should the Government wish to supplement its list, it must file any supplement on CM/ECF no later than two weeks before trial. Each party shall file and submit a list indicating the order in which the party intends to call witnesses. The parties have an ongoing obligation to update their witness list in the event the list changes after initial submission and exchange. In the event a party does not intend to produce witnesses at trial, in lieu of providing a witness list, such party shall notify the Court that it does not intend to present witnesses.

      d.    *Exhibit List and Exhibits:* Defendant's exhibit list shall be filed on CM/ECF and submitted in Word format to the trial judge's judicial assistant and courtroom deputy no later than two weeks before trial. The Government has already submitted a exhibit list. Should the Government wish to supplement its list, it must file any supplement on CM/ECF

no later than two weeks before trial. Each party shall file and submit an exhibit list. The parties have an ongoing obligation to update their exhibit list in the event the list changes after initial submission and exchange. The parties shall each provide the Court with a tabbed, three-ring binder containing copies of all of that party's exhibits no later than two weeks before trial. The binder shall be delivered to the trial judge's chambers in Des Moines, Iowa. The binder shall include copies of any recordings as instructed by chambers. If necessary, photographs or photocopies of contraband exhibits may be added to the binder the first morning of trial.

      e.    *Proposed Jury Instructions, Verdict Forms, and Interrogatories:* The parties shall file on CM/ECF joint written proposed jury instructions, verdict forms, and/or interrogatories, and shall email a Word format version to the trial judge's judicial assistant and courtroom deputy no later than two weeks before trial. Each requested instruction, verdict form, and/or interrogatory shall be separately numbered, begin on a separate page, and be double-spaced. Disputed instructions on the same issue shall be identified, for example, as 5A for the Government's submission and 5B for Defendant's submission. At the bottom of each proposed instruction, verdict form, and/or interrogatory, the parties must indicate the legal authority upon which it is based, such as a model instruction number, statute, regulation, decision, or other authority. All pattern instructions must be submitted in full text form with case-specific modifications, such as the name of a party or witness or alternative language applicable.

      f.    *Pretrial Motions Deadline.* The deadline for pretrial motions has expired and is not continued.

4.    <u>Closing Arguments:</u> Closing arguments shall not exceed sixty minutes per party, inclusive of rebuttal. Time for rebuttal shall not exceed the amount of time used in the initial

closing argument.

5. <u>Subpoenas and/or Writs:</u> Any subpoenas and/or writs must be provided to the United States Marshals Service pursuant to Local Rule 17.

**IT IS SO ORDERED**.

Dated this 21st day of October, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE