IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR JOHN COLLISON,<br><br>Defendant. | No. 1:24-cr-00069-RGE-WPK<br><br><br>CRIMINAL TRIAL<br>SETTING ORDER |

In preparation for trial, the Court states the following:

1. <u>Trial Schedule</u>: Trial will commence on Monday, December 15, 2025, at 9:00 a.m. at the United States Courthouse in Council Bluffs, Iowa. Counsel and Defendant shall appear at 8:30 a.m. each morning of trial to discuss matters likely to arise that day.

2. <u>Final Pretrial Conference</u>: A final pretrial conference before the trial judge will be held on December 10, 2025, at 11:30 a.m. Counsel and Defendant must appear in person in the United States Courthouse in Council Bluffs, Iowa. The Court will preside from the United States Courthouse in Des Moines, Iowa All trial-related motions on file will be addressed at this hearing.

3. <u>Submissions to the Court</u>:

   *a.* *Trial Briefs:* Defendant's trial brief shall be filed on CM/ECF no later than two weeks before trial. The Government has already submitted a trial brief. Should the Government wish to supplement its brief, it must file any supplement on CM/ECF no later than two weeks before trial. Trial briefs shall contain a brief recitation of the facts of the case and notify the Court of all novel, unusual, or complex legal, factual, or procedural issues reasonably anticipated to arise at trial.

   b. *Witness List:* Should the parties wish to supplement their witness lists, any supplement must be filed on CM/ECF no later than two weeks before trial. The parties have an ongoing obligation to update their witness list in the event the list changes after initial submission and exchange. In the event a party does not intend to produce witnesses at trial, in lieu of providing a witness list, such party shall notify the Court that it does not intend to present witnesses.

   c. *Exhibit List and Exhibits:* Should the parties wish to supplement their exhibit lists, any supplement must be filed on CM/ECF and submitted in Word format to the trial judge's judicial assistant and courtroom deputy no later than two weeks before trial. The parties have an ongoing obligation to update their exhibit list in the event the list changes after initial submission and exchange. The parties have an ongoing obligation to update their tabbed, three-ring binder containing copies of all of that party's exhibits in the event any exhibits change after initial submission. If necessary, photographs or photocopies of contraband exhibits may be added to the binder the first morning of trial.

   d. *Proposed Jury Instructions, Verdict Forms, and Interrogatories:* Should the parties wish to supplement their joint written proposed jury instructions, verdict forms, and/or interrogatories, any supplement must be filed on CM/ECF and submitted in Word format to the trial judge's judicial assistant and courtroom deputy no later than two weeks before trial. Each requested instruction, verdict form, and/or interrogatory shall be separately numbered, begin on a separate page, and be double-spaced. Disputed instructions on the same issue shall be identified, for example, as 5A for the Government's submission and 5B for Defendant's submission. At the bottom of each proposed instruction, verdict form, and/or interrogatory, the parties must indicate the legal authority upon which it is based, such as a model instruction number, statute, regulation, decision,

or other authority. All pattern instructions must be submitted in full text form with case-specific modifications, such as the name of a party or witness or alternative language applicable.

  e. *Pretrial Motions Deadline.* The deadline for pretrial motions remains as currently set.

  4. <u>Closing Arguments:</u> Closing arguments shall not exceed sixty minutes per party, inclusive of rebuttal. Time for rebuttal shall not exceed the amount of time used in the initial closing argument.

  5. <u>Subpoenas and/or Writs:</u> Any subpoenas and/or writs must be provided to the United States Marshals Service pursuant to Local Rule 17.

  **IT IS SO ORDERED**.

Dated this 14th day of November, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE

3